IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| MICHAEL EUGENE APPLER : | CASE NO. 1-14-02287-MDF |
| aka MICHAEL E. APPLER : | |
| Debtor : | |
| : | CHAPTER 13 |
| MTGLQ INVESTORS, L.P. c/o : | |
| SHELLPOINT MORTGAGE : | |
| SERVICING : | |
| Movant : | |
| : | |
| v. : | |
| : | |
| MICHAEL EUGENE APPLER : | |
| aka MICHAEL E. APPLER : | |
| Respondent : | |

## DEBTOR'S RESPONSE TO MOTION OF
## MTGLQ INVESTORS, L.P. C/O SHELLPOINT MORTGAGE SERVICING
## FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW,** comes Debtor, Michael Eugene Appler, by and through his attorney, Gary J. Imblum, and respectfully responds as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted in part, denied in part. The Mortgage speaks for itself. Strict proof is demanded that the Movant is the holder of the mortgage.

6. Admitted in part, denied in part. The Assignment speaks for itself.

7. Admitted. Further, Debtor's attempts to obtain a loan modification were denied because his tax returns were not filed. Said tax returns are now filed. Debtor will reapply for a loan modification. In the interim, Debtor offers to pay the post-petition arrears through an Amended Plan.

Case 1:14-bk-02287-MDF    Doc 124    Filed 09/12/16    Entered 09/12/16 11:30:43    Desc
Main Document    Page 1 of 3

8. Admitted in part, denied in part. See response to paragraph 7.

9. Admitted in part, denied in part. Debtor has no knowledge. Strict proof is demanded.

10. Admitted in part, denied in part. Said value was the value as of May 6, 2014. It is believed and hereby averred that the property has appreciated in value since said date.

11. Admitted in part, denied in part. Debtor has no knowledge as to the pay off. Debtor believes and hereby avers that there is some equity in the real estate.

12. Denied. There is some equity in the real estate. For further answer, see response to paragraph 7.

13. Admitted in part, denied in part. Debtor has no knowledge.

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order denying the Motion for Relief From Stay.

Respectfully submitted,

_____
Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
Attorney for Debtor

DATED: 9/12/16

## CERTIFICATION OF SERVICE

I, Carol V. Shay, Paralegal, do hereby certify that I have served a copy of the foregoing DEBTOR'S RESPONSE TO MOTION OF MTGLQ INVESTORS, L.P. C/O SHELLPOINT MORTGAGE SERVICING FOR RELIEF FROM THE AUTOMATIC STAY upon the following persons by E-Service or by United States Mail, first class, postage prepaid, at Harrisburg, Dauphin County, Pennsylvania, addressed to:

CHARLES J DEHART III ESQUIRE  dehartstaff@pamd13trustee.com
CHAPTER 13 TRUSTEE
VIA E-SERVICE

DANIELLE BOYLE-EBERSOLE, ESQUIRE
COUNSEL FOR MOVANT
VIA E-SERVICE

IMBLUM LAW OFFICE, P.C.

*Carol V. Shay*
Carol V. Shay, Paralegal
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
gary.imblum@imblumlaw.com
For Debtor

DATED: 9/12/2016