# IMBLUM LAW OFFICES, P.C.

**4615 DERRY STREET**
**HARRISBURG, PA 17111**

**Gary J. Imblum**
**Jeffrey L. Troutman (of counsel)**

email: gary.imblum@imblumlaw.com

**Telephone**
**717.238.5250**
**Facsimile**
**717.558-8990**

November 3, 2016

### Via ECF Only

TO:    US BANKRUPTCY COURT - CLERK

      RE:    Michael Appler
               Chapter 13 Bankruptcy Case No. 1-14-02287 MDF

Dear Clerk:

    Please be advised that the address for the following Creditor has changed.  The _new_ address is:

          COMMERCIAL ACCEPTANCE
          2300 GETTYSBURG RD #102
          CAMP HILL PA 17011-7303

    The Creditor's _previous_ address was as follows:

          COMMERCIAL ACCEPTANCE
          2 W MAIN STREET
          SHIREMANSTOWN PA 17011-6326

          Very truly yours,

          IMBLUM LAW OFFICES, P.C.

          Gary J. Imblum

GJI/srm