```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 14-02287-MDF
Michael Eugene Appler                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: CGambini            Page 1 of 1              Date Rcvd: Nov 14, 2016
                               Form ID: pdf010           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2016.
db             +Michael Eugene Appler,    37 Main Street,   Mc Sherrystown, PA 17344-2103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2016                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2016 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage
               Serving debersole@hoflawgroup.com,    bbleming@hoflawgroup.com
              Gary J Imblum    on behalf of Debtor Michael Eugene Appler gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Jerome B Blank    on behalf of Creditor    CitiMortgage, INC. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul William Cressman    on behalf of Creditor    CitiMortgage, INC. pamb@fedphe.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

In Re:
Michael Eugene Appler			Bankruptcy No. 1-14-bk-02287 MDF
aka Michael E. Appler
   Debtor			Chapter 13

MTGLQ Investors, L.P.
c/o Shellpoint Mortgage Servicing
   Movant
vs.
Michael Eugene Appler
aka Michael E. Appler
   Debtor/Respondent
and

Charles J. DeHart, III, Esquire
   Trustee/Respondent

### ORDER

  AND NOW, upon the Motion of Movant, MTGLQ Investors, L.P. c/o Shellpoint Mortgage Servicing, to Continue Hearing on Motion for Relief, with the Concurrence of Debtor, it is:

  ORDERED AND DECREED THAT: the Motion is granted, and the hearing on Movant's Motion for Relief from the Automatic Stay currently scheduled for November 15, 2016 shall be continued until January 24, 2017 at 9:30 a.m. in the United States Bankruptcy Court for the Middle District of Pennsylvania, Bankruptcy Courtroom, Third Floor, The Ronald Reagan Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

By the Court,

_Mary D. France_
Bankruptcy Judge
(JG)

Dated: November 14, 2016