```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                          Case No. 14-02287-RNO
Michael Eugene Appler                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1      User: TWilson          Page 1 of 1           Date Rcvd: Jul 26, 2017
                          Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 28, 2017.
db             +Michael Eugene Appler,   37 Main Street,   Mc Sherrystown, PA 17344-2103

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 26, 2017 at the address(es) listed below:
              Celine P DerKrikorian    on behalf of Creditor    M&T BANK ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Danielle Boyle-Ebersole    on behalf of Creditor    MTGLQ INVESTORS, L.P.c/o Shellpoint Mortgage
               Serving debersole@hoflawgroup.com,   bbleming@hoflawgroup.com
              Gary J Imblum    on behalf of Debtor Michael Eugene Appler gary.imblum@imblumlaw.com,
               gary.imblum@ecf.inforuptcy.com;carol.shay@ecf.inforuptcy.com;sharlene.miller@ecf.inforuptcy.com;b
               ernadette.davis@ecf.inforuptcy.com;gary.j.imblum@ecf.inforuptcy.com
              Jerome B Blank    on behalf of Creditor    CitiMortgage, INC. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Paul William Cressman    on behalf of Creditor    CitiMortgage, INC. pamb@fedphe.com
              Recovery Management Systems Corporation    claims@recoverycorp.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 10

Case 1:14-bk-02287-RNO    Doc 152    Filed 07/28/17    Entered 07/29/17 00:47:12    Desc
                    Imaged Certificate of Notice    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | |
| MICHAEL EUGENE APPLER | : | CASE NO. 1-14-02287-RNO |
| aka MICHAEL E. APPLER | : | |
| Debtor | : | CHAPTER 13 |

## ORDER

Upon consideration of Debtor's Motion to Modify Plan

**IT IS HEREBY ORDERED AND DECREED** that Debtor may amend his Plan in accordance with the proposed Fifth Amended Plan filed simultaneously herewith.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(BI)

Dated: July 26, 2017