IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Michael Eugene Appler | : | CASE NO. 1-14-bk-02287-RNO |
| | : | |
| | : | |
| **Debtor** | : | |

### NOTICE OF LIMITED APPEARANCE PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9010(B) FOR PURPOSE OF SEEKING ORDER RESTRICTING PUBLIC ACCESS TO PERSONAL DATA IDENTIFIERS

PLEASE TAKE NOTICE, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that K&L Gates LLP hereby appears in the above-captioned bankruptcy case as attorney for CitiMortgage, Inc. for the limited purpose of seeking an order restricting public access to personal data identifiers and matters related thereto only and not for any other matter.

PLEASE TAKE FURTHER NOTICE that this request shall not be deemed or construed as consent to or waiver of any rights: (1) with respect to venue or jurisdiction under Title 11 of the United States Code; (2) to trial by jury in any proceeding, case or controversy; (3) to have final orders in non-core matters entered only after de novo review by the District Court; (4) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, setoffs, recoupments that the Creditors, or any of them, may be entitled to at law or in equity.

Case 1:14-bk-02287-RNO    Doc 154    Filed 09/29/17    Entered 09/29/17 15:37:01    Desc
Main Document      Page 1 of 2

Dated: September 29, 2017        Respectfully submitted,

                                                   K&L GATES LLP

                                                   */s/ David R. Fine*
                                                   David R. Fine
                                                   Pennsylvania Bar No. 66742
                                                   17 N. Second Street, 18th Floor
                                                   Harrisburg, PA 17101-1507
                                                   Tel: (717) 231-4500
                                                   Fax: (717) 231-4501
                                                   david.fine@klgates.com
                                                   Counsel to CitiMortgage, Inc.