| | |
|---|---|
| **Fill in this information to identify the case:** | |
| Debtor 1 | Michael Eugene Appler |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of PA (State) |
| Case number | 14-02287 |

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1: Mortgage Information

**Name of creditor:** MTGLQ INVESTORS, L.P.

**Last 4 digits** of any number you use to identify the debtor's account: 1374

**Court claim no:** (if known) 11

**Property address:**
37 Main St
McSherrystown, PA 17344

### Part 2: Prepetition Default Payments

*Check one:*

[✔] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:   $ _____

### Part 3: Postpetition Mortgage Payment

*Check one:*

[✔] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 1 / 1 / 19

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____
c. **Total**. Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___ / ___ / _____

Form 4100R                     **Response to Notice of Final Cure Payment**                     page 1

| Debtor 1 | Michael Eugene Appler | Case number (if known) 14-02287 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ■ all payments received;
- ■ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ■ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Carrie Dockter
Signature

Date  12/6/18

Print: Carrie  Dockter
First Name  Middle Name  Last Name

Title: Bankruptcy Case Manager

Company: Shellpoint Mortgage Servicing

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 10826
Number  Street

Greenville, SC 29603-0826
City  State  ZIP Code

Contact phone (800) 365 – 7107    Email mtgbk@shellpointmtg.com

Form 4100R            Response to Notice of Final Cure Payment            page 2

Shellpoint Mortgage Servicing  
PO Box 10826  

Greenville, SC  29603-0826

Phone Number: (800) 365-7107  
Fax: (866) 467-1137  
Email: mtgbk@shellpointmtg.com

---

RE: Debtor 1    Michael Appler  
　　　Debtor 2

Case No:   1402287

PROOF OF SERVICE

I certify that a copy of the foregoing documents were served upon the following persons electronically or by mail via the U.S. Postal Service, postage prepaid or by personal delivery, at their scheduled addresses on this day, 12/5/2018.

Middle District of Pennsylvania, Harrisburg Division  
Ronald Reagan Federal Building  
P.O. Box 908  
Harrisburg, PA  17108


Charles J DeHart, III  
Trustee  
8125 Adams Dr  
Suite A  
Hummelstown, PA  17036-8625

Gary J Imblum  
4615 Derry St  

Harrisburg, PA  17111-


Michael Appler

33 Main St  
McSherrystown PA  17344



/s/ Carrie Dockter